# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN ANTON BANDY,
Plaintiff

v.

OFFICER BRIAN HILL, et al.,
Defendants.

Civil Action
No. 18–0425

FILED
MAR 18 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 18th day of March, 2019, upon consideration of: Plaintiff's Complaint (ECF No. 8), Defendant Daniel Khun's[1] Motion to Dismiss (ECF No. 24), Defendants Alexander Clark, Steven Geckle, Brian Hill, Robert Smull, and Jerome Staquet's Motion to Dismiss (ECF No. 25), Defendants Bloomingdales Department Store and Gerald Waters' Motion to Dismiss (ECF No. 28), Defendant Corporal Bunza's[2] Motion to Dismiss (ECF No. 39), Plaintiff's Request for Appointment of Counsel (ECF No. 41), Plaintiff's Motion in Opposition to Defendants' Motions to Dismiss (ECF No. 43), and Plaintiff's Motion for Summons (ECF No. 44), it is hereby ORDERED as follows:

(1) Defendant Daniel Khun's Motion to Dismiss (ECF No. 24) is GRANTED;

(2) Defendants Alexander Clark, Steven Geckle, Brian Hill, Robert Smull, and Jerome Staquet's Motion to Dismiss (ECF No. 25) is GRANTED;

(3) Defendants Bloomindales Department Store and Gerald Waters' Motion to Dismiss (ECF No. 28) is GRANTED;

(4) Defendant Corporal Bunza's Motion to Dismiss (ECF No. 39) is GRANTED;

(5) Plaintiff's Complaint is DISMISSED WITH PREJUDICE;

(6) Plaintiff's Request for Appointment of Counsel (ECF No. 41) is DENIED as moot;

---

[1] Actually Kuhn.
[2] Actually Burza.

(7) Plaintiff's Motion for a Summons (ECF No. 44) is DENIED as moot; and,

(8) The Clerk of Court shall mark this matter CLOSED.

                                                  BY THE COURT:

                                                  /s/ C. Darnell Jones, II

                                               C. Darnell Jones, II        J.